### UNITED STATES of America, Plaintiff–Appellee

v.

### Mauro BRITO–RIVERA, Defendant–Appellant

No. 15–41594
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/21/2016

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**112**

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Evan Gray Howze, Scott Andrew Martin, H. Michael Sokolow, Assistant Federal Public Defenders, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Mauro Brito–Rivera raises an argument that is foreclosed by *United States v. Rodriguez*, 711 F.3d 541, 562 (5th Cir. 2013) (en banc), in which we held that the generic, contemporary definition of sexual abuse of a minor does not require the age of consent to be below 17 years old. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.